**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOSEPH L. KELLY,

Plaintiff,

v.

Law Offices of
D. SCOTT CARRUTHERS, ET AL.,

Defendants.

Civil No. 00-340 (DWF/AJB)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 4, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 05 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______